UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 04-60160-CR-COHN/SNOW

18 U.S.C. § 911
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

SYBLE MCKENZIE

_____/

### INDICTMENT

The ~~United States Attorney~~ charges that:

*by Grand Jury*

### COUNT 1

On or about September 25, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SYBLE MCKENZIE,**

an alien, did **falsely and** willfully represent herself to be a citizen of the United States, in that she claimed she was a United States citizen when registering to vote with the office of the Supervisor of Elections for Broward County.

In violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SYBLE MCKENZIE,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held



in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60160-CR-COHN   MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA

vs.

SYBLE MCKENZIE,

        Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

\_\_ Miami    \_\_ Key West
_X_ FTL    \_\_ WPB    \_\_ FTP

New Defendant(s)    Yes \_\_    No \_\_
Number of New Defendants    \_\_
Total number of counts    \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take    3    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | |
   | II | 6 to 10 days | | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | _X_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? \_\_ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No
   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? \_\_ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? \_\_ Yes _X_ No

                                             KAREN E. ROCHLIN
                                             ASSISTANT UNITED STATES ATTORNEY
                                             Court ID No. A5500050

*Penalty Sheet(s) attached                                            REV 1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   **SYBLE MCKENZIE**

Case No: 04-60160-CR-COHN / MAGISTRATE JUDGE SNOW

Count #: 1

Illegal voting registration

Title 18, United States Code, Section 911

* Max. Penalty:   3 years' imprisonment

Count #: 2

Election fraud

Title 18, United States Code, Section 611

*Max. Penalty:   1 year's imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

FORM OBD-34
March 04

04 — No. _____ CR-COHN /SNOW

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs

**SYBLE MCKENZIE**

Defendant

## INDICTMENT

**18 U.S.C. § 911**
**18 U.S.C. § 611**

A true bill.

FGJ 04 01(MIA)                                                                                       Foreman

Filed in open court this _____15th_____ day,

of _____July_____ A.D. 2004

                                                                                   _____ Clerk

Bail, $ _____