**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NUMBER: CR 04·60160 --OR
                Plaintiff                                Cah.

-vs-                          REPORT COMMENCING CRIMINAL
                              ACTION

Syble McKenzie

FILED BY D.C.
INTAKE
JUL 16 2004

X6971004

                Defendant                    USMS Number

*************************************************************************

CLERK'S OFFICE      MIAMI      FT. LAUDERDALE      W. PALM BEACH
U.S. DISTRICT COURT            (circle one)

CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
COURT ABOVE.
*************************************************************************
COMPLETE ALL ITEMS-        INFORMATION NOT APPLICABLE ENTER N/A.

DATE & TIME OF ARREST: 7-16-04 _____ AM 6:30 PM _____

LANGUAGE SPOKEN: English

OFFENSE (S) CHARGED: 18 USC 911 + 18 USC 611 -
Election Fraud

UNITED STATES CITIZEN: ( ) YES  (X) NO    ( ) UNKNOWN

DATE OF BIRTH: 11-11-50

TYPE OF CHARGING DOCUMENT:    (check one)
[X] INDICTMENT      [  ] COMPLAINT TO BE FILED / ALREADY FILED
     CASE # 04-60160
[  ] BENCH WARRANT FOR FAILURE TO APPEAR
[  ] PROBATION VIOLATION WARRANT
[  ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT W/ BOOKING OFFICER  [  ] YES  [  ] NO

AMOUNT OF BOND: $ 10,000 PS  WHO SET BOND? _____

REMARKS: _____

DATE: 7-16-04  ARRESTING OFFICER: Pete Fedyszen

AGENCY: FBI        PHONE: 305-944-9101

COMMENTS: _____

3
TK