FILED BY: _____ D.C.

2004 JUL 27 PM 1: 34

_____ DDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60160-CR-COHN
Magistrate Judge Snow

UNITED STATES OF AMERICA

v.

SYBLE MCKENZIE

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2  The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4  There appears to be no record of any arrests or convictions for the defendant. The defendant claims she was arrested in 1987 for battery on a minor and that the case was dismissed; however, no record for such an arrest appears.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are

attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.   The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.   The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.   No line-ups, show-ups, or similar identification procedures were used during this case.

G.   The government has advised its agents and officers involved in this case to preserve all rough notes.

H.   The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.   The government has ordered transcribed the grand jury

testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of

3

Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

4

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this 26th day of July, 2004 on Neison M. Marks, AFPD, One East Broward Boulevard, Suite 1100, Fort Lauderdale, Florida 33301.

KAREN E. ROCHLIN

Department of Justice
Immigration and Naturalization Service

## Certificate Preparation Sheet And Oath Declaration

A # | A 091 396 480

Daytime Phone # | (954) 480-9516

NAME (If name Change, ENTER new Name):     Check BOX if there is a change of name: ⟶ ☐

SYBLE

(FIRST)

(MIDDLE)

MCKENZIE

(LAST)

Date of birth: | 11/11/1950

Month/Day/Complete Year

(Check Sex)   MALE: ☐

FEMALE: X

Height: | 5 | 8 |   Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ M

(Feet) (Inches)

Country of Former Nationality: | Bahamas

(Enter Actual name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

_Syble McKenzie_                                    _3-14-02_
Applicant's Signature (name change)                        Date

Form N-649 (Rev. 11/1/98)



# MIRIAM M. OLIPHANT
## Broward County Supervisor of Elections
Governmental Center
115 South Andrews Avenue, Room 102
Fort Lauderdale, FL 33301
Office: 954-357-7050    www.browardsoe.org    FAX: 954-357-7070

## Certification of Registration

I, *MIRIAM M. OLIPHANT*, *SUPERVISOR OF ELECTIONS* for *BROWARD COUNTY, FL*, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

*MC KENZIE  MYRLE*

**Date of Registration**: *09-25-2000*

**Certification Number**: *10449545*

**Status**: *CANCELED - VOTER'S REQUEST*

**Address** *1470 SW 11 TERRACE  APT 901  DEERFIELD BEACH  FL 33441*

**Precinct Number**: *Q44*  **Sex**:*F*   **Race**: *B*

**Date of Birth**: *11 11 1950*

Witness my hand and official seal at *BROWARD COUNTY, FL* on *June 10, 2002* .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD COUNTY, FL*

By: _____
Deputy

6-10-2002           I   WARD COUNTY Supervisor of   .ections                 PAGE   1
2:06:03                          VOTING HISTORY REPORT

**SYBLE MC KENZIE**

Registered Address : 1470 SW 11TH WAY
APT 301
DEERFIELD BEACH   FL   33441
?oter-ID: 10449545  Registered: 09-25-2000  Status: Canceled - Voter's Request

)700 POLL non  11/07/2000 GENERAL

State of FLORIDA
County of BROWARD

     I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of SYBLE MC KENZIE as it appears on record in my office.
     Witness my hand and seal on June 10, 2002.

                              MIRIAM M. OLIPHANT
                              Supervisor of Elections

                         By: _____
                                    Deputy

I, _SYBLE MCKENZIE_ having read and examined the contents of Record of Sworn Statement consisting of _2_ pages hereby attest that the attached written transcription is an accurate and complete record of my oral statements taken on

_6-10-2002_ before an officer of the Immigration and Naturalization Service and as evidence thereof I hereby affix my initials on each of the _2_ attached pages .

_SMcKenzie_
Signature

Date: _6-10-2002_

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION & NATURALIZATION SERVICE**

**RECORD OF SWORN STATEMENT**

APPLICANT NAME: <u>Syble McKenzie</u>   FILE NO: <u>91 396 480</u>   DATE: <u>June 10, 2002</u>

EXECUTED AT _____ <u>INS    NATZ    Miami, Florida</u> .
Before the following officer of the Immigration and Naturalization Service: <u>*Yvonne Hernandez DAO*</u> .
                                                                              (Name and Title)

in the ___<u>English</u>___ language. Interpreter__<u>N/A</u>__ used.

I, _____ acknowledge that the above named officer has identified himself/herself to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States.  He/she has informed me that he/she desires to take my sworn statement regarding:
_____ **Application for Naturalization.**


He/she has told me that my statement must be made freely and voluntarily.  I am willing to make such a statement. I swear that I will tell the truth, the whole truth, and nothing but the truth so help me God.

Signature of Applicant ___*S McKenzie*_____

On __*10*__ day of __*June*_____,~19~*2002*, sworn and subscribed before me:

__*Yvonne Hernandez DA*_____
                Signature of INS Officer


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \*

Being duly sworn, I make the following statement:

Q.  What is your true, full and complete name?
A.  Syble Mckenzie

Q.  What is your date and place of birth?
A.   November 11, 1950 Bahamas

Q.  Of what country are you a citizen?
A.   Bahamas

Continuation

Name: Syble  McKenzie                                    A: 91 396 480

Q. Of what country are your parents' citizen of?
A.  Bahamas

Q. How many times have you applied for Naturalization?
A.  First time

Q. Have you ever claimed in writing, or in any way, to be a United States Citizen?
A.  No

Q. Have you ever register to vote in the United States?
A.  Yes

Q. When and where did you register to vote in the United States?
A.  They send me something in the mail

Q. Did you completed an application?
A.  Yes, I read the application but I do not remember what was on the application.
    (The applicant was issued a duplicate Fl. Drivers license on September 5, 2000.)

Q. At time of registration did you think that you were a citizen of the United States?
A.  No

Q. At time of registration what was you answer to the question regarding your legal status in the
    United States?
A.  I can not remember that question.  I can not remember the content of it.

Q. How many times did you voted in the United States?
A.  One time. Presidential Election in 2000.

Q. Did you Know that is against the law to register to vote unless you are a citizen of the United
States?
A. No.

Q. Did you know that it is against the law to vote unless you are a citizen of the United States?
A. No.

Q. What is the most important right granted to a United States citizen?
A.  It has been a long time since I study for the test but I know that a United States citizen can travel
    on a US passport.
Q. Have you ever served on a Jury?
A. No

Q. Have you ever applied for a US passport?
A. No

Q. Have you ever used your voter registration card as a form of ID?
A.  No. I never used or taken it out but to vote in that one time.

Q. Do you have any other comments to add at this time?
A. No. I sorry that I didn't understand.

03-14-2002                    BROWARD COUNTY Supervisor of Elections                   PAGE   1
13:04:37                              VOTING HISTORY REPORT

### SYBLE MC KENZIE

                    Registered Address : 1470 11TH WAY
                                         APT 301
                                         DEERFIELD BEACH  FL  33441
Voter-ID: 10449545  Registered: 09-25-2000  Status: Canceled - Voter's Request


0700 POLL non  11/07/2000 GENERAL


    State of FLORIDA
    County of BROWARD

    I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of SYBLE MC KENZIE as it appears on record in my office.
    Witness my hand and seal on March 14, 2002.


                              MIRIAM M. OLIPHANT
                              Supervisor of Elections

                              By: _____
                                           Deputy




# MIRıAM M. OLIPHANı

## SUPERVISOR OF ELECTIONS
## BROWARD COUNTY

## Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*MC KENZIE, SYBIL*

**Date of Registration**: *09-15-2000*

**Certification Number**: *10449545*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address**  *1470 SW 11TH WAY, APT 56 , DEERFIELD BEACH, FL 33441*

**Precinct Number:** *P 1*  **Sex:** */*  **Race:** *B*

**Date of Birth**: *11-11-1950*

Witness my hand and official seal at *BROWARD COUNTY, FL* on *March 14, 2002*  .

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD COUNTY, FL*

By:_____
        Deputy

# VOTERS SUPPLEMENT

**Name:** Syble McKenzie          **A** 91 396 480

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?**   39

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.**
   NO

3. **If you are married, what is the nationality of your spouse? If your spouse is a United States citizen, please explain.**
   JAMAICAN, PERMANENT RESIDENT.

4. **On what date(s) did you register to vote?**
   9-25-2002

5. **Where did you register to vote (include city, county, and state)? If more than once, please specify.**
   DEERFIELD BCH, BROWARD, FL.

6. Have you ever voted in an election in the United States.  If so please provide the date, location of the election (city, county & state) and type of election held (federal, state or local) for each.

| DATE OF ELECTION | LOCATION | TYPE OF ELECTION |
|---|---|---|
| 1. NOVEMBER 2000 | DEERFIELD BCH, BROW FL | GENERAL ELECTION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

7. How did you obtain the voter's registration application?

BY MAIL.

8. Did you apply in person or through the mail?

THROUGH THE MAIL.

9. Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?

I DID NOT KNOW I WAS NOT SUPPOSE TO VOTE,

10. Did you know that it was unlawful for you to apply for a voter's registration card and to vote?

No

11. **When did you first become aware that you were not qualified to register or vote in the United States?**

WHEN I CAME FOR THE INTERVIEW

12. **If you registered and voted because you believed that you were a citizen of the United States, please explain.**

N/A

13. **If you registered and voted because you believed that you were a citizen of the United States, why have you applied for naturalization?**

N/A

14. **If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?**

WHEN I CAME FOR THE INTERVIEW

15. **Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for a real estate homestead exemption?**

NO

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.

No

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit.  If yes, please explain.

No

18. Have you ever used the voter's registration card as proof of citizenship?  If so, please explain.

No

19. Have you ever been called for jury duty?  If so, please, explain.

No

_____
SIGNATURE

_5-12-2_____
DATE

Case 0:04-cr-60160-JIC  Document 12  Entered on FLSD Docket 07/28/2004  Page 18 of 22

*A 91- 396 4/80*

## SYBLE MC KENZIE

Registered Address : 1470 SW 11TH WAY
                     APT 301
                     DEERFIELD BEACH  FL  33441
Voter-ID: 10449545  Registered: 09-25-2000  Status: Canceled - Voter's Request


0700 POLL non  11/07/2000 GENERAL


State of FLORIDA
County of BROWARD

    I, MIRIAM M. OLIPHANT, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of SYBLE MC KENZIE as it appears on record in my office.
    Witness my hand and seal on October 18, 2002.

                        MIRIAM M. OLIPHANT
                        Supervisor of Elections

                        By:
                               Deputy

MC KENZIE, SYBI
Loc: No Locator

**Please print using a black ballpoint pen.**

Official Use Only

*104X9545*

Are you a U. S. citizen? ☑ Yes ☐ No
If NO, you cannot register to vote.

I affirm I am not a convicted felon, ☑ or if I am, my rights relating to voting have been restored.

I affirm I have not been adjudicated menta☑incapacitated with respect to voting or, ☑have, my competency has been restored

Check boxes that apply: ☑ New Registration ☐ Address Change ☐ Party Change ☐ Name Change ☐ Replacement

Date of Birth (Month /day/year) 11 / 11 / 50

| Last Name McKENZIE | Suffix (circle) Jr. Sr. II III IV | First Name SyBLE | Middle Name/Initial | Sex (circle) M ☑F |
|---|---|---|---|---|

Address Where You Live (legal residence) DO NOT GIVE P.O. BOX. 1470 S.W 11B WAY

Apt./Lot/Unit 301

City/Town/Village DEERFIELD Bch. FLA.

Zip Code 33441

Address Where You Get Your Mail (if different from # 8) | City | Zip Code

County Where You Live (legal residence) U.S.A

Address of property for which you have been granted homestead exemption | City | Zip Code

Last 4 digits - SSN 2896

Race/Ethnicity - (see instructions) BLACK

Daytime Phone Number 954-480-9516

Fl. Driver License/Fl. ID Card number M252-780-50-911-0

Party Affiliation – check one box only (see instructions)

☑ Democratic Party      ☐ Other Party (write name below)

☐ Republican Party      ☐ No Party Affiliation

Former Name If Making A Name Change N/A

Your Name and Residence Address Where You Were Previously Registered (if applicable)

Name N/A

Address

City | County | State | Zip Code

Oath: I do solemnly swear (or affirm) that:
• I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
• I am qualified to register as an elector under the Constitution and laws of the State of Florida.
• I am a U. S. citizen.
• I am a legal resident of Florida.
• All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

SIGNATURE - Sign or mark on line in box below. (Invalid without signature)

*Syble McKenzie*

SEP 25 2000

Do You Need Assistance to Vote? ☑ Yes ☐ No

**Fold on dotted center line, peel off tape, seal and mail.**

*A 91·396·480·*



**TOUCHING THE FUTURE**

Broward County Supervisor Of Elections
Miriam M. Oliphant, Supervisor
Broward Governmental Center
115 S. Andrews Avenue, Room 102
Fort Lauderdale, FL 33301

## Certification of Registration

I, *MIRIAM M. OLIPHANT* , *SUPERVISOR OF ELECTIONS*  for *BROWARD COUNTY, FL* , do hereby certify that the following information  is a true and correct copy of the voter registration record on file in this office for:

*MC KENZIE, SYBLE*

**Date of Registration**:  *09-25-2000*

**Certification Number**:  *10449545*

**Status:** *CANCELED - VOTER'S REQUEST*

**Address**  *1470 SW 11TH WAY, APT 301, DEERFIELD BEACH  FL 33441*

**Precinct Number:** *24A*    **Sex:***F*      **Race:** *B*

**Date of Birth**:*11-11-1950*

Witness my hand and official seal at *BROWARD  COUNTY, FL*
on *September 3, 2002   .*

*MIRIAM M. OLIPHANT*
*SUPERVISOR OF ELECTIONS*
*BROWARD  COUNTY, FL*

By: _____
        Deputy

# Voters Supplement

**Name:** Syble McKenzie        A 91 396 480

Q. Have you ever registered to vote in the U.S.? ☒ YES ☒ NO (If more than one time, furnish information for each time).

    A. When **(date)** & Where? **(City, County, State)**

    DEERFIELD BEACH

Q. Have you ever voted in an election in the U.S.? .? ☒ **YES** ☐ **NO** (If more than one time, furnish information for each time).

    A. When **(date)** & where? **(City, County, State)** DEERFIELD BCH & what type of election was it? **(local, state, federal)** BROWARD FL

Q. Why did you register or vote in an election in the U.S.? **(If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**
I didn't know I wasn't suppose to.

Q. At what age did you become a permanent resident of the U.S? 1990

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: _____ & father: _____

Syble McKenzie                    3-14-02
**SIGNATURE**                         **DATE**

SWORN TO & SUBSCRIBED BEFORE ME THIS 14th DAY OF MAR 2002

_____
**OFFICER**

**Supplement No.** 2



BROWARD COUNTY VOTER REGISTRATION

| 10449545 | 24A | DEM | F | B |
|---|---|---|---|---|
| REGISTRATION # | PRECINCT# | PARTY | SEX | RACE |

| 11/11/1950 | 09/25/00 | 10/04/00 |
|---|---|---|
| BIRTH DATE | REGISTRATION DATE | ISSUE DATE |

SYBLE MC KENZIE
APT 301
1470 SW 11 WAY
DEERFIELD BEACH   FL 33441

JANE CARROLL
SUPERVISOR OF ELECTIONS

SIGNATURE OF VOTER

FOLD ALONG LINE

YOUR POLLING PLACE ADDRESS IS:

DEERFIELD PARK ELEMENTARY
650   SW 3 AVE
DEERFIELD BEACH FL 33441

YOU ARE ELIGIBLE TO VOTE FOR THE REPRESENTATIVES LISTED BELOW

| 23 | 30 | 090 |
|---|---|---|
| U.S. CONGRESSIONAL DISTRICT | FLORIDA STATE SENATE DISTRICT | FLORIDA HOUSE OF REPRESENTATIVES |

DEERFIELD BEACH DIST 2